# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LINDA WARE, ) | |
|       Plaintiff, ) | Case No. 2:13-cv-02120-JCM-PAL |
| vs. ) | **ORDER** |
| TRICOM MANAGEMENT, INC., et al. ) | |
|       Defendants. ) | |

This matter is before the Court on Defendant Tricom Management, Inc.'s Motion for Telephonic Appearance by its Insurance Representative at the Early Neutral Evaluation Session (#11), filed on May 19, 2014. There being no opposition and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Tricom Management, Inc.'s Motion for Telephonic Appearance by its Insurance Representative at the Early Neutral Evaluation Session (#11) is **granted**.

DATED this 21st day of May, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge